UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

ALEXA MARIE SEARS-OSBURN, et al.,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,

Defendants.

Case No. 2:26-cv-02733-JHC

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Noted for Consideration:
October 8, 2026

**JOINT STIPULATION**

The Parties jointly file this stipulation, asking the Court to extend the deadline for Defendants to Answer Plaintiffs' Complaint to December 14, 2026. Good cause supports this request, as follows:

Plaintiffs filed the Complaint on August 3, 2026. They served the U.S. Attorney's Office with the Summons and Complaint on August 12, 2026, making the Answer due Tuesday, October 13. Through this mandamus action, Plaintiffs seek an order requiring Defendants to adjudicate their I-130 Petition for Alien Relative within a time certain.

Defendants have scheduled Plaintiffs' I-130 Petition interview for October 13, 2026. After that, Defendants will complete their review of Plaintiffs' file and new information gathered

during the interview, then move towards adjudication of the I-130 Petition. To avoid the time and costs of litigation while they focus on the interview and adjudication process, the parties agree to extend Defendants' deadline to file an Answer or other response to the Complaint to December 14, 2026.

**SO STIPULATED.**

DATED October 8, 2026.

Respectfully submitted,

*s/ Alexa Marie Sears-Osburn*
ALEXA MARIE SEARS-OSBURN
WILLIAM FELIPE FIERRO NUNEZ
17464 Ambaum Blvd. S., Apt. 203
Seattle, WA 98148
Email: Sa1exa420@yahoo.com
Phone: 206-719-6799
Email: fierrofelipe@outlook.com
Phone: 206-696-6157

*Plaintiffs, pro se*

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 158 words, in compliance with the Local Civil Rules.

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer or other response to the Complaint by December 14, 2026.

DATED this 8th day of October 2026.

JOHN H. CHUN
United States District Judge